Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM  1

| PNS Clearance LLC |
|---|
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

Court No. 24-00044

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | See schedule attached. | Center (if known): | CEE009 |
|---|---|---|---|
| Protest Number: | See schedule attached. | Date Protest Filed: | See schedule attached. |
| Importer: | PNS Clearance LLC | Date Protest Denied: | See schedule attached. |
| Category of Merchandise: | Quartz Surface Products | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See schedule attached. | See schedule attached. | See schedule attached. | See schedule attached. | See schedule attached. | See schedule attached. |
| | | | | | |
| | | | | | |
| | | | | | |

Jared R. Wessel
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20001
(202) 637-6472
jared.wessel@hoganlovells.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | n/a | n/a |
| Protest Claim: | n/a | n/a |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Quartz Surface Products | 6810.99.0010 | 1.02% ad valorem | 6810.99.0010 | 0% ad valorem |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
n/a

The issue which was common to all such denied protests:
U.S. Customs and Border Protection ("CBP") liquidated several PNS Clearance LLC entries at a 1.02% rate on May 12, 2023. However, per the U.S. Department of Commerce's message 3346404 issued on December 12, 2023, the entries in question should have been liquidated at a 0.0% rate. This 0.0% liquidation rate was further confirmed by CBP on January 5, 2024. Thus, the initial CBP liquidation was incorrect, and the entries should be re-liquidated at a 0.0% rate.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jared R. Wessel
_____
*Signature of Plaintiff's Attorney*

2/14/24
_____
*Date*

## SCHEDULE OF PROTESTS

Center **CEE009**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 320123100205 | 5/19/2023 | 8/21/2023 | N8D-0000087-1 | 4/12/2021 | 5/12/2023 | 3201 |
| 320123100205 | 5/19/2023 | 8/21/2023 | N8D-0000129-1 | 4/6/2021 | 5/12/2023 | 3001 |
| 320123100205 | 5/19/2023 | 8/21/2023 | N8D-0000418-8 | 4/21/2021 | 5/12/2023 | 1303 |
| 320123100205 | 5/19/2023 | 8/21/2023 | N8D-0000497-2 | 4/19/2021 | 5/12/2023 | 5201 |
| 320123100205 | 5/19/2023 | 8/21/2023 | N8D-0000498-0 | 4/19/2021 | 5/12/2023 | 5201 |
| 530123109050 | 5/19/2023 | 8/21/2023 | N8D-0000522-7 | 4/23/2021 | 5/12/2023 | 5301 |
| 530123109050 | 5/19/2023 | 8/21/2023 | N8D-0000523-5 | 4/23/2021 | 5/12/2023 | 5301 |
| 530123109050 | 5/19/2023 | 8/21/2023 | N8D-0000531-8 | 4/24/2021 | 5/12/2023 | 5201 |
| 530123109050 | 5/19/2023 | 8/21/2023 | N8D-0000542-5 | 4/20/2021 | 5/12/2023 | 4601 |
| 530123109050 | 5/19/2023 | 8/21/2023 | N8D-0000552-4 | 4/22/2021 | 5/12/2023 | 4601 |
| 300123104961 | 5/19/2023 | 8/21/2023 | N8D-0000576-3 | 4/25/2021 | 5/12/2023 | 3001 |
| 300123104961 | 5/19/2023 | 8/21/2023 | N8D-0000594-6 | 4/20/2021 | 5/12/2023 | 4601 |
| 300123104961 | 5/19/2023 | 8/21/2023 | N8D-0000595-3 | 4/20/2021 | 5/12/2023 | 4601 |
| 300123104961 | 5/19/2023 | 8/21/2023 | N8D-0000603-5 | 4/21/2021 | 5/12/2023 | 4601 |
| 300123104961 | 5/19/2023 | 8/21/2023 | N8D-0000650-6 | 4/24/2021 | 5/12/2023 | 4601 |
| 460123134613 | 5/19/2023 | 8/21/2023 | N8D-0000651-4 | 4/24/2021 | 5/12/2023 | 4601 |
| 460123134613 | 5/19/2023 | 8/21/2023 | N8D-0000669-6 | 4/24/2021 | 5/12/2023 | 4601 |
| 460123134613 | 5/19/2023 | 8/21/2023 | N8D-0000688-6 | 4/24/2021 | 5/12/2023 | 1601 |
| 460123134613 | 5/19/2023 | 8/21/2023 | N8D-0000734-8 | 4/27/2021 | 5/12/2023 | 1401 |
| 460123134613 | 5/19/2023 | 8/21/2023 | N8D-0000784-3 | 4/29/2021 | 5/12/2023 | 2809 |
| 280923110216 | 5/19/2023 | 8/21/2023 | N8D-0000787-6 | 5/7/2021 | 5/12/2023 | 2809 |
| 280923110216 | 5/19/2023 | 8/21/2023 | N8D-0000788-4 | 4/29/2021 | 5/12/2023 | 2809 |
| 280923110216 | 5/19/2023 | 8/21/2023 | N8D-0000790-0 | 4/29/2021 | 5/12/2023 | 2809 |
| 280923110216 | 5/19/2023 | 8/21/2023 | N8D-0000800-7 | 4/29/2021 | 5/12/2023 | 1401 |
| 280923110216 | 5/19/2023 | 8/21/2023 | N8D-0000803-1 | 4/29/2021 | 5/12/2023 | 1401 |
| 530123109052 | 5/19/2023 | 8/21/2023 | N8D-0000808-0 | 5/6/2021 | 5/12/2023 | 5301 |
| 530123109052 | 5/19/2023 | 8/21/2023 | N8D-0000851-0 | 4/30/2021 | 5/12/2023 | 1601 |
| 530123109052 | 5/19/2023 | 8/21/2023 | N8D-0000855-1 | 4/30/2021 | 5/12/2023 | 1601 |
| 530123109052 | 5/19/2023 | 8/21/2023 | N8D-0000860-1 | 5/4/2021 | 5/12/2023 | 1703 |
| 530123109052 | 5/19/2023 | 8/21/2023 | N8D-0000863-5 | 5/2/2021 | 5/12/2023 | 4601 |
| 160123106782 | 5/19/2023 | 8/21/2023 | N8D-0000985-6 | 5/6/2021 | 5/12/2023 | 1601 |
| 160123106782 | 5/19/2023 | 8/21/2023 | N8D-0000992-2 | 5/8/2021 | 5/12/2023 | 4601 |
| 160123106782 | 5/19/2023 | 8/21/2023 | N8D-0001000-3 | 5/8/2021 | 5/12/2023 | 4601 |
| 160123106782 | 5/19/2023 | 8/21/2023 | N8D-0001001-1 | 5/8/2021 | 5/12/2023 | 4601 |
| 160123106782 | 5/19/2023 | 8/21/2023 | N8D-0001002-9 | 5/12/2021 | 5/12/2023 | 4601 |
| 460123134615 | 5/19/2023 | 8/21/2023 | N8D-0001009-4 | 5/12/2021 | 5/12/2023 | 4601 |
| 460123134615 | 5/19/2023 | 8/21/2023 | N8D-0001107-6 | 5/12/2021 | 5/12/2023 | 4601 |
| 460123134615 | 5/19/2023 | 8/21/2023 | N8D-0001115-9 | 5/12/2021 | 5/12/2023 | 4601 |
| 460123134615 | 5/19/2023 | 8/21/2023 | N8D-0001311-4 | 5/17/2021 | 5/12/2023 | 4601 |
| 460123134615 | 5/19/2023 | 8/21/2023 | N8D-0001312-2 | 5/17/2021 | 5/12/2023 | 4601 |
| 140123107595 | 5/19/2023 | 8/21/2023 | N8D-0001356-9 | 5/23/2021 | 5/12/2023 | 1401 |
| 140123107595 | 5/19/2023 | 8/21/2023 | N8D-0001415-3 | 5/27/2021 | 5/12/2023 | 1401 |

Form 1-4

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 140123107595 | 5/19/2023 | 8/21/2023 | N8D-0001486-4 | 5/25/2021 | 5/12/2023 | 3001 |
| 140123107595 | 5/19/2023 | 8/21/2023 | N8D-0001505-1 | 5/28/2021 | 5/12/2023 | 1601 |
| 140123107595 | 5/19/2023 | 8/21/2023 | N8D-0001577-0 | 5/30/2021 | 5/12/2023 | 2704 |
| 270423166360 | 5/19/2023 | 8/21/2023 | N8D-0001578-8 | 5/30/2021 | 5/12/2023 | 2704 |
| 270423166360 | 5/19/2023 | 8/21/2023 | N8D-0001579-6 | 5/30/2021 | 5/12/2023 | 2704 |
| 270423166360 | 5/19/2023 | 8/21/2023 | N8D-0001580-4 | 5/30/2021 | 5/12/2023 | 2704 |
| 270423166360 | 5/19/2023 | 8/21/2023 | N8D-0001589-5 | 5/31/2021 | 5/12/2023 | 3001 |
| 270423166360 | 5/19/2023 | 8/21/2023 | N8D-0001627-3 | 5/31/2021 | 5/12/2023 | 4601 |
| 460123134658 | 5/24/2023 | 8/21/2023 | AVV-0012237-7 | 9/12/2020 | 5/12/2023 | 4601 |
| 460123134658 | 5/24/2023 | 8/21/2023 | AVV-0012239-3 | 9/12/2020 | 5/12/2023 | 4601 |
| 460123134658 | 5/24/2023 | 8/21/2023 | AVV-0012240-1 | 9/12/2020 | 5/12/2023 | 4601 |
| 460123134658 | 5/24/2023 | 8/21/2023 | AVV-0012332-6 | 9/11/2020 | 5/12/2023 | 3001 |
| 460123134658 | 5/24/2023 | 8/21/2023 | AVV-0012334-2 | 9/11/2020 | 5/12/2023 | 3001 |
| 140123107605 | 5/24/2023 | 8/21/2023 | AVV-0012494-4 | 9/15/2020 | 5/12/2023 | 1401 |
| 140123107605 | 5/24/2023 | 8/21/2023 | AVV-0012496-9 | 9/15/2020 | 5/12/2023 | 1401 |
| 140123107605 | 5/24/2023 | 8/21/2023 | AVV-0012501-6 | 9/15/2020 | 5/12/2023 | 1401 |
| 140123107605 | 5/24/2023 | 8/21/2023 | AVV-0012509-9 | 9/15/2020 | 5/12/2023 | 1401 |
| 140123107605 | 5/24/2023 | 8/21/2023 | AVV-0012580-0 | 9/14/2020 | 5/12/2023 | 1703 |
| 170323115657 | 5/24/2023 | 8/21/2023 | AVV-0012583-4 | 9/14/2020 | 5/12/2023 | 1703 |
| 170323115657 | 5/24/2023 | 8/21/2023 | AVV-0012901-8 | 9/21/2020 | 5/12/2023 | 5201 |
| 170323115657 | 5/24/2023 | 8/21/2023 | AVV-0012966-1 | 9/23/2020 | 5/12/2023 | 4601 |
| 170323115657 | 5/24/2023 | 8/21/2023 | AVV-0012985-1 | 9/25/2020 | 5/12/2023 | 5301 |
| 170323115657 | 5/24/2023 | 8/21/2023 | AVV-0012986-9 | 9/25/2020 | 5/12/2023 | 5301 |
| 530123109078 | 5/24/2023 | 8/21/2023 | AVV-0012987-7 | 9/25/2020 | 5/12/2023 | 5301 |
| 530123109078 | 5/24/2023 | 8/21/2023 | AVV-0013007-3 | 9/29/2020 | 5/12/2023 | 3201 |
| 530123109078 | 5/24/2023 | 8/21/2023 | AVV-0013008-1 | 9/22/2020 | 5/12/2023 | 1601 |
| 530123109078 | 5/24/2023 | 8/21/2023 | AVV-0013009-9 | 9/22/2020 | 5/12/2023 | 1703 |
| 530123109078 | 5/24/2023 | 8/21/2023 | AVV-0013135-2 | 9/27/2020 | 5/12/2023 | 1401 |
| 530123109079 | 5/24/2023 | 8/21/2023 | AVV-0013194-9 | 9/29/2020 | 5/12/2023 | 5301 |
| 530123109079 | 5/24/2023 | 8/21/2023 | AVV-0013257-4 | 10/5/2020 | 5/12/2023 | 4601 |
| 530123109079 | 5/24/2023 | 8/21/2023 | AVV-0013287-1 | 10/3/2020 | 5/12/2023 | 2704 |
| 530123109079 | 5/24/2023 | 8/21/2023 | AVV-0013291-3 | 10/3/2020 | 5/12/2023 | 2704 |
| 530123109079 | 5/24/2023 | 8/21/2023 | AVV-0013292-1 | 10/3/2020 | 5/12/2023 | 2704 |
| 320123100206 | 5/24/2023 | 8/21/2023 | AVV-0013440-6 | 10/7/2020 | 5/12/2023 | 3201 |
| 320123100206 | 5/24/2023 | 8/21/2023 | AVV-0013607-0 | 10/9/2020 | 5/12/2023 | 5203 |
| 320123100206 | 5/24/2023 | 8/21/2023 | AVV-0013669-0 | 10/17/2020 | 5/12/2023 | 1601 |
| 320123100206 | 5/24/2023 | 8/21/2023 | AVV-0013725-0 | 10/14/2020 | 5/12/2023 | 2704 |
| 270423166417 | 5/24/2023 | 8/21/2023 | AVV-0013726-8 | 10/14/2020 | 5/12/2023 | 2704 |
| 270423166417 | 5/24/2023 | 8/21/2023 | AVV-0013743-3 | 10/14/2020 | 5/12/2023 | 1303 |
| 270423166417 | 5/24/2023 | 8/21/2023 | AVV-0013761-5 | 10/15/2020 | 5/12/2023 | 4601 |
| 270423166417 | 5/24/2023 | 8/21/2023 | AVV-0013763-1 | 10/15/2020 | 5/12/2023 | 4601 |
| 270423166417 | 5/24/2023 | 8/21/2023 | AVV-0013796-1 | 10/20/2020 | 5/12/2023 | 2809 |
| 270423166418 | 5/24/2023 | 8/21/2023 | AVV-0013806-8 | 10/18/2020 | 5/12/2023 | 2704 |
| 270423166418 | 5/24/2023 | 8/21/2023 | AVV-0013808-4 | 10/17/2020 | 5/12/2023 | 4601 |
| 270423166418 | 5/24/2023 | 8/21/2023 | AVV-0013820-9 | 10/19/2020 | 5/12/2023 | 5301 |
| 270423166418 | 5/24/2023 | 8/21/2023 | AVV-0013825-8 | 10/19/2020 | 5/12/2023 | 1401 |
| 270423166418 | 5/24/2023 | 8/21/2023 | AVV-0013921-5 | 10/19/2020 | 5/12/2023 | 1401 |

Form 1-5

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270423166419 | 5/24/2023 | 8/21/2023 | AVV-0013970-2 | 10/23/2020 | 5/12/2023 | 2704 |
| 270423166419 | 5/24/2023 | 8/21/2023 | AVV-0013972-8 | 10/23/2020 | 5/12/2023 | 2704 |
| 270423166419 | 5/24/2023 | 8/21/2023 | AVV-0013974-4 | 10/26/2020 | 5/12/2023 | 1601 |
| 270423166419 | 5/24/2023 | 8/21/2023 | AVV-0013977-7 | 10/26/2020 | 5/12/2023 | 1601 |
| 270423166419 | 5/24/2023 | 8/21/2023 | AVV-0014039-5 | 10/20/2020 | 5/12/2023 | 1401 |
| 460123134662 | 5/24/2023 | 8/21/2023 | AVV-0014100-5 | 10/29/2020 | 5/12/2023 | 4601 |
| 460123134662 | 5/24/2023 | 8/21/2023 | AVV-0014109-6 | 10/24/2020 | 5/12/2023 | 1703 |
| 460123134662 | 5/24/2023 | 8/21/2023 | AVV-0014327-4 | 10/31/2020 | 5/12/2023 | 4601 |
| 460123134662 | 5/24/2023 | 8/21/2023 | AVV-0014328-2 | 10/31/2020 | 5/12/2023 | 2704 |
| 460123134662 | 5/24/2023 | 8/21/2023 | AVV-0014360-5 | 10/31/2020 | 5/12/2023 | 4601 |
| 160123106789 | 5/24/2023 | 8/21/2023 | AVV-0014361-3 | 10/31/2020 | 5/12/2023 | 1601 |
| 160123106789 | 5/24/2023 | 8/21/2023 | AVV-0014397-7 | 11/4/2020 | 5/12/2023 | 2809 |
| 160123106789 | 5/24/2023 | 8/21/2023 | AVV-0014428-0 | 11/4/2020 | 5/12/2023 | 1401 |
| 160123106789 | 5/24/2023 | 8/21/2023 | AVV-0014505-5 | 11/8/2020 | 5/12/2023 | 5301 |
| 160123106789 | 5/24/2023 | 8/21/2023 | AVV-0014513-9 | 11/8/2020 | 5/12/2023 | 5301 |
| 130323103911 | 5/24/2023 | 8/21/2023 | AVV-0014544-4 | 11/10/2020 | 5/12/2023 | 1303 |
| 130323103911 | 5/24/2023 | 8/21/2023 | AVV-0014547-7 | 11/7/2020 | 5/12/2023 | 2704 |
| 130323103911 | 5/24/2023 | 8/21/2023 | AVV-0014562-6 | 11/7/2020 | 5/12/2023 | 4601 |
| 130323103911 | 5/24/2023 | 8/21/2023 | AVV-0014570-9 | 11/7/2020 | 5/12/2023 | 4601 |
| 130323103911 | 5/24/2023 | 8/21/2023 | AVV-0014594-9 | 11/10/2020 | 5/12/2023 | 2704 |
| 460123134664 | 5/24/2023 | 8/21/2023 | AVV-0014604-6 | 11/9/2020 | 5/12/2023 | 4601 |
| 460123134664 | 5/24/2023 | 8/21/2023 | AVV-0014655-8 | 11/6/2020 | 5/12/2023 | 1601 |
| 460123134664 | 5/24/2023 | 8/21/2023 | AVV-0014715-0 | 11/11/2020 | 5/12/2023 | 5301 |
| 460123134664 | 5/24/2023 | 8/21/2023 | AVV-0014720-0 | 11/13/2020 | 5/12/2023 | 1303 |
| 460123134664 | 5/24/2023 | 8/21/2023 | AVV-0014793-7 | 11/16/2020 | 5/12/2023 | 1401 |
| 530123109080 | 5/24/2023 | 8/21/2023 | AVV-0014812-5 | 11/11/2020 | 5/12/2023 | 5301 |
| 530123109080 | 5/24/2023 | 8/21/2023 | AVV-0014844-8 | 11/17/2020 | 5/12/2023 | 5301 |
| 530123109080 | 5/24/2023 | 8/21/2023 | AVV-0014846-3 | 11/17/2020 | 5/12/2023 | 5301 |
| 530123109080 | 5/24/2023 | 8/21/2023 | AVV-0014894-3 | 11/20/2020 | 5/12/2023 | 5201 |
| 530123109080 | 5/24/2023 | 8/21/2023 | AVV-0015023-8 | 11/23/2020 | 5/12/2023 | 4601 |
| 270423166420 | 5/24/2023 | 8/21/2023 | AVV-0015031-1 | 11/22/2020 | 5/12/2023 | 2704 |
| 270423166420 | 5/24/2023 | 8/21/2023 | AVV-0015032-9 | 11/22/2020 | 5/12/2023 | 2704 |
| 270423166420 | 5/24/2023 | 8/21/2023 | AVV-0015033-7 | 11/22/2020 | 5/12/2023 | 2704 |
| 270423166420 | 5/24/2023 | 8/21/2023 | AVV-0015034-5 | 11/22/2020 | 5/12/2023 | 2704 |
| 270423166420 | 5/24/2023 | 8/21/2023 | AVV-0015039-4 | 11/24/2020 | 5/12/2023 | 1303 |
| 170323115658 | 5/24/2023 | 8/21/2023 | AVV-0015059-2 | 11/23/2020 | 5/12/2023 | 1703 |
| 170323115658 | 5/24/2023 | 8/21/2023 | AVV-0015099-8 | 11/23/2020 | 5/12/2023 | 4601 |
| 170323115658 | 5/24/2023 | 8/21/2023 | AVV-0015203-6 | 11/24/2020 | 5/12/2023 | 3001 |
| 170323115658 | 5/24/2023 | 8/21/2023 | AVV-0015258-0 | 11/28/2020 | 5/12/2023 | 3201 |
| 170323115658 | 5/24/2023 | 8/21/2023 | AVV-0015292-9 | 12/2/2020 | 5/12/2023 | 2704 |
| 270423166421 | 5/24/2023 | 8/21/2023 | AVV-0015293-7 | 12/2/2020 | 5/12/2023 | 2704 |
| 270423166421 | 5/24/2023 | 8/21/2023 | AVV-0015397-6 | 11/30/2020 | 5/12/2023 | 4601 |
| 270423166421 | 5/24/2023 | 8/21/2023 | AVV-0015399-2 | 11/30/2020 | 5/12/2023 | 4601 |
| 270423166421 | 5/24/2023 | 8/21/2023 | AVV-0015443-8 | 12/7/2020 | 5/12/2023 | 2704 |
| 270423166421 | 5/24/2023 | 8/21/2023 | AVV-0015444-6 | 12/7/2020 | 5/12/2023 | 2704 |
| 280923110254 | 5/24/2023 | 8/21/2023 | AVV-0015449-5 | 12/7/2020 | 5/12/2023 | 2809 |
| 280923110254 | 5/24/2023 | 8/21/2023 | AVV-0015515-3 | 12/5/2020 | 5/12/2023 | 5301 |

Form 1-6

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 280923110254 | 5/24/2023 | 8/21/2023 | AVV-0015524-5 | 12/8/2020 | 5/12/2023 | 5301 |
| 280923110254 | 5/24/2023 | 8/21/2023 | AVV-0015591-4 | 12/6/2020 | 5/12/2023 | 5301 |
| 280923110254 | 5/24/2023 | 8/21/2023 | AVV-0015704-3 | 12/8/2020 | 5/12/2023 | 4601 |
| 460123134665 | 5/24/2023 | 8/21/2023 | AVV-0015706-8 | 12/8/2020 | 5/12/2023 | 4601 |
| 460123134665 | 5/24/2023 | 8/21/2023 | AVV-0015753-0 | 12/9/2020 | 5/12/2023 | 1001 |
| 460123134665 | 5/24/2023 | 8/21/2023 | AVV-0015777-9 | 12/12/2020 | 5/12/2023 | 4601 |
| 460123134665 | 5/24/2023 | 8/21/2023 | AVV-0015808-2 | 12/22/2020 | 5/12/2023 | 1303 |
| 460123134665 | 5/24/2023 | 8/21/2023 | AVV-0015833-0 | 12/15/2020 | 5/12/2023 | 1401 |
| 140123107607 | 5/24/2023 | 8/21/2023 | AVV-0015856-1 | 12/15/2020 | 5/12/2023 | 1401 |
| 140123107607 | 5/24/2023 | 8/21/2023 | AVV-0015878-5 | 12/16/2020 | 5/12/2023 | 2809 |
| 140123107607 | 5/24/2023 | 8/21/2023 | AVV-0016017-9 | 12/20/2020 | 5/12/2023 | 1703 |
| 140123107607 | 5/24/2023 | 8/21/2023 | AVV-0016059-1 | 12/19/2020 | 5/12/2023 | 4601 |
| 140123107607 | 5/24/2023 | 8/21/2023 | AVV-0016061-7 | 12/19/2020 | 5/12/2023 | 4601 |
| 270423166428 | 5/24/2023 | 8/21/2023 | AVV-0016200-1 | 12/23/2020 | 5/12/2023 | 2704 |
| 270423166428 | 5/24/2023 | 8/21/2023 | AVV-0016204-3 | 12/23/2020 | 5/12/2023 | 1401 |
| 270423166428 | 5/24/2023 | 8/21/2023 | AVV-0016429-6 | 12/28/2020 | 5/12/2023 | 1401 |
| 270423166428 | 5/24/2023 | 8/21/2023 | AVV-0016479-1 | 12/29/2020 | 5/12/2023 | 2704 |
| 270423166428 | 5/24/2023 | 8/21/2023 | AVV-0016480-9 | 12/29/2020 | 5/12/2023 | 2704 |
| 460123134667 | 5/24/2023 | 8/21/2023 | AVV-0016483-3 | 12/29/2020 | 5/12/2023 | 4601 |
| 460123134667 | 5/24/2023 | 8/21/2023 | AVV-0016547-5 | 1/3/2021 | 5/12/2023 | 5301 |
| 460123134667 | 5/24/2023 | 8/21/2023 | AVV-0016607-7 | 1/8/2021 | 5/12/2023 | 5201 |
| 460123134667 | 5/24/2023 | 8/21/2023 | AVV-0016795-0 | 1/7/2021 | 5/12/2023 | 3001 |
| 460123134667 | 5/24/2023 | 8/21/2023 | AVV-0016796-8 | 1/6/2021 | 5/12/2023 | 3001 |
| 130323103912 | 5/24/2023 | 8/21/2023 | AVV-0016803-2 | 1/12/2021 | 5/12/2023 | 1303 |
| 130323103912 | 5/24/2023 | 8/21/2023 | AVV-0016868-5 | 1/14/2021 | 5/12/2023 | 4601 |
| 130323103912 | 5/24/2023 | 8/21/2023 | AVV-0016871-9 | 1/14/2021 | 5/12/2023 | 4601 |
| 130323103912 | 5/24/2023 | 8/21/2023 | AVV-0016972-5 | 1/18/2021 | 5/12/2023 | 2704 |
| 130323103912 | 5/24/2023 | 8/21/2023 | AVV-0017399-0 | 1/26/2021 | 5/12/2023 | 4601 |
| 460123134668 | 5/24/2023 | 8/21/2023 | AVV-0017400-6 | 1/26/2021 | 5/12/2023 | 4601 |
| 460123134668 | 5/24/2023 | 8/21/2023 | AVV-0017401-4 | 1/26/2021 | 5/12/2023 | 4601 |
| 460123134668 | 5/24/2023 | 8/21/2023 | AVV-0017508-6 | 2/2/2021 | 5/12/2023 | 1601 |
| 460123134668 | 5/24/2023 | 8/21/2023 | AVV-0017514-4 | 1/29/2021 | 5/12/2023 | 1601 |
| 460123134668 | 5/24/2023 | 8/21/2023 | AVV-0017862-7 | 2/3/2021 | 5/12/2023 | 5301 |
| 530123109081 | 5/24/2023 | 8/21/2023 | AVV-0017867-6 | 2/3/2021 | 5/12/2023 | 5301 |
| 530123109081 | 5/24/2023 | 8/21/2023 | AVV-0017980-7 | 2/10/2021 | 5/12/2023 | 5201 |
| 530123109081 | 5/24/2023 | 8/21/2023 | AVV-0018031-8 | 2/13/2021 | 5/12/2023 | 4601 |
| 530123109081 | 5/24/2023 | 8/21/2023 | AVV-0018038-3 | 2/4/2021 | 5/12/2023 | 2704 |
| 530123109081 | 5/24/2023 | 8/21/2023 | AVV-0018054-0 | 2/13/2021 | 5/12/2023 | 4601 |
| 460123134669 | 5/24/2023 | 8/21/2023 | AVV-0018058-1 | 2/13/2021 | 5/12/2023 | 4601 |
| 460123134669 | 5/24/2023 | 8/21/2023 | AVV-0018075-5 | 2/10/2021 | 5/12/2023 | 2704 |
| 460123134669 | 5/24/2023 | 8/21/2023 | AVV-0018088-8 | 2/7/2021 | 5/12/2023 | 1001 |
| 460123134669 | 5/24/2023 | 8/21/2023 | AVV-0018093-8 | 2/7/2021 | 5/12/2023 | 1001 |
| 460123134669 | 5/24/2023 | 8/21/2023 | AVV-0018109-2 | 2/8/2021 | 5/12/2023 | 1001 |
| 140123107608 | 5/24/2023 | 8/21/2023 | AVV-0018158-9 | 2/16/2021 | 5/12/2023 | 1401 |
| 140123107608 | 5/24/2023 | 8/21/2023 | AVV-0018216-5 | 2/10/2021 | 5/12/2023 | 1401 |
| 140123107608 | 5/24/2023 | 8/21/2023 | AVV-0018255-3 | 2/21/2021 | 5/12/2023 | 2704 |
| 140123107608 | 5/24/2023 | 8/21/2023 | AVV-0018257-9 | 2/21/2021 | 5/12/2023 | 2704 |

Form 1-7

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 140123107608 | 5/24/2023 | 8/21/2023 | AVV-0018420-3 | 2/24/2021 | 5/12/2023 | 1601 |
| 280923110255 | 5/24/2023 | 8/21/2023 | AVV-0018434-4 | 2/23/2021 | 5/12/2023 | 2809 |
| 280923110255 | 5/24/2023 | 8/21/2023 | AVV-0018448-4 | 2/15/2021 | 5/12/2023 | 2809 |
| 280923110255 | 5/24/2023 | 8/21/2023 | AVV-0018626-5 | 2/23/2021 | 5/12/2023 | 4601 |
| 280923110255 | 5/24/2023 | 8/21/2023 | AVV-0018636-4 | 2/23/2021 | 5/12/2023 | 4601 |
| 280923110255 | 5/24/2023 | 8/21/2023 | AVV-0018637-2 | 2/23/2021 | 5/12/2023 | 4601 |
| 460123134670 | 5/24/2023 | 8/21/2023 | AVV-0018725-5 | 2/28/2021 | 5/12/2023 | 4601 |
| 460123134670 | 5/24/2023 | 8/21/2023 | AVV-0018733-9 | 2/25/2021 | 5/12/2023 | 1303 |
| 460123134670 | 5/24/2023 | 8/21/2023 | AVV-0018756-0 | 2/24/2021 | 5/12/2023 | 1401 |
| 460123134670 | 5/24/2023 | 8/21/2023 | AVV-0018850-1 | 2/26/2021 | 5/12/2023 | 1401 |
| 460123134670 | 5/24/2023 | 8/21/2023 | AVV-0018856-8 | 3/3/2021 | 5/12/2023 | 2704 |
| 270423166439 | 5/24/2023 | 8/21/2023 | AVV-0018857-6 | 3/3/2021 | 5/12/2023 | 2704 |
| 270423166439 | 5/24/2023 | 8/21/2023 | AVV-0018858-4 | 3/3/2021 | 5/12/2023 | 2704 |
| 270423166439 | 5/24/2023 | 8/21/2023 | AVV-0018859-2 | 3/3/2021 | 5/12/2023 | 2704 |
| 270423166439 | 5/24/2023 | 8/21/2023 | AVV-0018883-2 | 3/1/2021 | 5/12/2023 | 1303 |
| 270423166439 | 5/24/2023 | 8/21/2023 | AVV-0018885-7 | 3/1/2021 | 5/12/2023 | 1303 |
| 140123107610 | 5/24/2023 | 8/21/2023 | AVV-0019021-8 | 3/3/2021 | 5/12/2023 | 1401 |
| 140123107610 | 5/24/2023 | 8/21/2023 | AVV-0019024-2 | 3/3/2021 | 5/12/2023 | 1401 |
| 140123107610 | 5/24/2023 | 8/21/2023 | AVV-0019025-9 | 3/3/2021 | 5/12/2023 | 1401 |
| 140123107610 | 5/24/2023 | 8/21/2023 | AVV-0019134-9 | 3/3/2021 | 5/12/2023 | 4601 |
| 140123107610 | 5/24/2023 | 8/21/2023 | AVV-0019340-2 | 3/10/2021 | 5/12/2023 | 4601 |
| 160123106791 | 5/24/2023 | 8/21/2023 | AVV-0019348-5 | 3/16/2021 | 5/12/2023 | 1601 |
| 160123106791 | 5/24/2023 | 8/21/2023 | AVV-0019484-8 | 3/10/2021 | 5/12/2023 | 1601 |
| 160123106791 | 5/24/2023 | 8/21/2023 | AVV-0019541-5 | 3/21/2021 | 5/12/2023 | 5301 |
| 160123106791 | 5/24/2023 | 8/21/2023 | AVV-0019542-3 | 3/21/2021 | 5/12/2023 | 5301 |
| 160123106791 | 5/24/2023 | 8/21/2023 | AVV-0019543-1 | 3/21/2021 | 5/12/2023 | 5301 |
| 280923110256 | 5/24/2023 | 8/21/2023 | AVV-0019627-2 | 3/25/2021 | 5/12/2023 | 2809 |
| 280923110256 | 5/24/2023 | 8/21/2023 | AVV-0019671-0 | 3/21/2021 | 5/12/2023 | 5301 |
| 280923110256 | 5/24/2023 | 8/21/2023 | AVV-0019717-1 | 3/21/2021 | 5/12/2023 | 5301 |
| 280923110256 | 5/24/2023 | 8/21/2023 | AVV-0019725-4 | 3/22/2021 | 5/12/2023 | 3001 |
| 280923110256 | 5/24/2023 | 8/21/2023 | AVV-0019726-2 | 3/22/2021 | 5/12/2023 | 3001 |
| 160123106792 | 5/24/2023 | 8/21/2023 | AVV-0020134-6 | 3/31/2021 | 5/12/2023 | 1601 |
| 160123106792 | 5/24/2023 | 8/21/2023 | AVV-0020188-2 | 3/28/2021 | 5/12/2023 | 4601 |
| 270423166402 | 5/24/2023 | 11/7/2023 | AVV-0010138-9 | 7/26/2020 | 5/12/2023 | 2704 |
| 270423166402 | 5/24/2023 | 11/7/2023 | AVV-0010378-1 | 8/5/2020 | 5/12/2023 | 3001 |
| 270423166402 | 5/24/2023 | 11/7/2023 | AVV-0010455-7 | 8/6/2020 | 5/12/2023 | 1303 |
| 270423166402 | 5/24/2023 | 11/7/2023 | AVV-0010492-0 | 8/6/2020 | 5/12/2023 | 2704 |
| 270423166402 | 5/24/2023 | 11/7/2023 | AVV-0010727-9 | 8/13/2020 | 5/12/2023 | 2704 |
| 270423166403 | 5/24/2023 | 11/7/2023 | AVV-0010728-7 | 8/13/2020 | 5/12/2023 | 2704 |
| 270423166403 | 5/24/2023 | 11/7/2023 | AVV-0010770-9 | 8/14/2020 | 5/12/2023 | 1601 |
| 270423166403 | 5/24/2023 | 11/7/2023 | AVV-0010858-2 | 8/18/2020 | 5/12/2023 | 4601 |
| 270423166403 | 5/24/2023 | 11/7/2023 | AVV-0010931-7 | 8/19/2020 | 5/12/2023 | 5301 |
| 270423166403 | 5/24/2023 | 11/7/2023 | AVV-0010991-1 | 8/20/2020 | 5/12/2023 | 2704 |
| 320123100206 | 5/24/2023 | 8/21/2023 | AVV-0013603-9 | 10/7/2020 | 5/12/2023 | 5203 |