UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

| | |
|---|---|
| PNS Clearance LLC<br><br>                                       Plaintiff,<br><br>          v.<br><br>United States<br><br>                                       Defendant. | Court No. 24-44 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 05/28/2024
_____

Jared R. Wessel
_____
                Attorney for Plaintiff
555 Thirteenth Street, NW.
_____
                Street Address
Washington, DC 20004
_____
                City, State and Zip Code
(202) 637-6472
_____
                Telephone No.

Alexander J. Vanderweide
_____
                Attorney for Defendant
26 Federal Plaza
_____
                Street Address
New York, NY 10278
_____
                City, State and Zip Code
(212) 264-0482
_____
                Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-44 | PNS Clearance LLC | See Enclosed Schedule | See Enclosed Schedule |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: __May 28, 2024_____

                                        Clerk, U. S. Court of International Trade

                                        By: __/s/ Giselle Almonte_____
                                                      Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

**Form 08 Stipulation of Dismissal**
*PNS Clearance LLC v. United States*
Ct. No. 24-044

        /s/Jared R. Wessel
        Jared R. Wessel
        Hogan Lovells US LLP
        Columbia Square Building
        555 Thirteenth Street, NW.
        Washington, DC 20004

        *Counsel for PNS Clearance LLC*


        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Alexander Vanderweide
        ALEXANDER VANDERWEIDE
        Senior Trial Counsel
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-0482 or 9230

        Attorneys for Defendant


Dated: May 28, 2024

**Schedule to Form 8**
**Ct. No. 24-44**

| Protest Number | Entry Number |
|---|---|
| 320123100205 | N8D-0000087-1 |
| 320123100205 | N8D-0000129-1 |
| 320123100205 | N8D-0000418-8 |
| 320123100205 | N8D-0000497-2 |
| 320123100205 | N8D-0000498-0 |
| 530123109050 | N8D-0000522-7 |
| 530123109050 | N8D-0000523-5 |
| 530123109050 | N8D-0000531-8 |
| 530123109050 | N8D-0000542-5 |
| 530123109050 | N8D-0000552-4 |
| 300123104961 | N8D-0000576-3 |
| 300123104961 | N8D-0000594-6 |
| 300123104961 | N8D-0000595-3 |
| 300123104961 | N8D-0000603-5 |
| 300123104961 | N8D-0000650-6 |
| 460123134613 | N8D-0000651-4 |
| 460123134613 | N8D-0000669-6 |
| 460123134613 | N8D-0000688-6 |
| 460123134613 | N8D-0000734-8 |
| 460123134613 | N8D-0000784-3 |
| 280923110216 | N8D-0000787-6 |
| 280923110216 | N8D-0000788-4 |
| 280923110216 | N8D-0000790-0 |
| 280923110216 | N8D-0000800-7 |
| 280923110216 | N8D-0000803-1 |
| 530123109052 | N8D-0000808-0 |
| 530123109052 | N8D-0000851-0 |
| 530123109052 | N8D-0000855-1 |
| 530123109052 | N8D-0000860-1 |
| 530123109052 | N8D-0000863-5 |
| 160123106782 | N8D-0000985-6 |
| 160123106782 | N8D-0000992-2 |
| 160123106782 | N8D-0001000-3 |
| 160123106782 | N8D-0001001-1 |
| 160123106782 | N8D-0001002-9 |
| 460123134615 | N8D-0001009-4 |
| 460123134615 | N8D-0001107-6 |
| 460123134615 | N8D-0001115-9 |
| 460123134615 | N8D-0001311-4 |
| 460123134615 | N8D-0001312-2 |
| 140123107595 | N8D-0001356-9 |
| 140123107595 | N8D-0001415-3 |
| 140123107595 | N8D-0001486-4 |
| 140123107595 | N8D-0001505-1 |
| 140123107595 | N8D-0001577-0 |
| 270423166360 | N8D-0001578-8 |
| 270423166360 | N8D-0001579-6 |
| 270423166360 | N8D-0001580-4 |
| 270423166360 | N8D-0001589-5 |
| 270423166360 | N8D-0001627-3 |
| 460123134658 | AVV-0012237-7 |
| 460123134658 | AVV-0012239-3 |

**Schedule to Form 8**
**Ct. No. 24-44**

| Protest Number | Entry Number |
|---|---|
| 460123134658 | AVV-0012240-1 |
| 460123134658 | AVV-0012332-6 |
| 460123134658 | AVV-0012334-2 |
| 140123107605 | AVV-0012494-4 |
| 140123107605 | AVV-0012496-9 |
| 140123107605 | AVV-0012501-6 |
| 140123107605 | AVV-0012509-9 |
| 140123107605 | AVV-0012580-0 |
| 170323115657 | AVV-0012583-4 |
| 170323115657 | AVV-0012901-8 |
| 170323115657 | AVV-0012966-1 |
| 170323115657 | AVV-0012985-1 |
| 170323115657 | AVV-0012986-9 |
| 530123109078 | AVV-0012987-7 |
| 530123109078 | AVV-0013007-3 |
| 530123109078 | AVV-0013008-1 |
| 530123109078 | AVV-0013009-9 |
| 530123109078 | AVV-0013135-2 |
| 530123109079 | AVV-0013194-9 |
| 530123109079 | AVV-0013257-4 |
| 530123109079 | AVV-0013287-1 |
| 530123109079 | AVV-0013291-3 |
| 530123109079 | AVV-0013292-1 |
| 320123100206 | AVV-0013440-6 |
| 320123100206 | AVV-0013607-0 |
| 320123100206 | AVV-0013669-0 |
| 320123100206 | AVV-0013725-0 |
| 270423166417 | AVV-0013726-8 |
| 270423166417 | AVV-0013743-3 |
| 270423166417 | AVV-0013761-5 |
| 270423166417 | AVV-0013763-1 |
| 270423166417 | AVV-0013796-1 |
| 270423166418 | AVV-0013806-8 |
| 270423166418 | AVV-0013808-4 |
| 270423166418 | AVV-0013820-9 |
| 270423166418 | AVV-0013825-8 |
| 270423166418 | AVV-0013921-5 |
| 270423166419 | AVV-0013970-2 |
| 270423166419 | AVV-0013972-8 |
| 270423166419 | AVV-0013974-4 |
| 270423166419 | AVV-0013977-7 |
| 270423166419 | AVV-0014039-5 |
| 460123134662 | AVV-0014100-5 |
| 460123134662 | AVV-0014109-6 |
| 460123134662 | AVV-0014327-4 |
| 460123134662 | AVV-0014328-2 |
| 460123134662 | AVV-0014360-5 |
| 160123106789 | AVV-0014361-3 |
| 160123106789 | AVV-0014397-7 |
| 160123106789 | AVV-0014428-0 |
| 160123106789 | AVV-0014505-5 |
| 160123106789 | AVV-0014513-9 |

**Schedule to Form 8**
**Ct. No. 24-44**

| Protest Number | Entry Number |
|---|---|
| 130323103911 | AVV-0014544-4 |
| 130323103911 | AVV-0014547-7 |
| 130323103911 | AVV-0014562-6 |
| 130323103911 | AVV-0014570-9 |
| 130323103911 | AVV-0014594-9 |
| 460123134664 | AVV-0014604-6 |
| 460123134664 | AVV-0014655-8 |
| 460123134664 | AVV-0014715-0 |
| 460123134664 | AVV-0014720-0 |
| 460123134664 | AVV-0014793-7 |
| 530123109080 | AVV-0014812-5 |
| 530123109080 | AVV-0014844-8 |
| 530123109080 | AVV-0014846-3 |
| 530123109080 | AVV-0014894-3 |
| 530123109080 | AVV-0015023-8 |
| 270423166420 | AVV-0015031-1 |
| 270423166420 | AVV-0015032-9 |
| 270423166420 | AVV-0015033-7 |
| 270423166420 | AVV-0015034-5 |
| 270423166420 | AVV-0015039-4 |
| 170323115658 | AVV-0015059-2 |
| 170323115658 | AVV-0015099-8 |
| 170323115658 | AVV-0015203-6 |
| 170323115658 | AVV-0015258-0 |
| 170323115658 | AVV-0015292-9 |
| 270423166421 | AVV-0015293-7 |
| 270423166421 | AVV-0015397-6 |
| 270423166421 | AVV-0015399-2 |
| 270423166421 | AVV-0015443-8 |
| 270423166421 | AVV-0015444-6 |
| 280923110254 | AVV-0015449-5 |
| 280923110254 | AVV-0015515-3 |
| 280923110254 | AVV-0015524-5 |
| 280923110254 | AVV-0015591-4 |
| 280923110254 | AVV-0015704-3 |
| 460123134665 | AVV-0015706-8 |
| 460123134665 | AVV-0015753-0 |
| 460123134665 | AVV-0015777-9 |
| 460123134665 | AVV-0015808-2 |
| 460123134665 | AVV-0015833-0 |
| 140123107607 | AVV-0015856-1 |
| 140123107607 | AVV-0015878-5 |
| 140123107607 | AVV-0016017-9 |
| 140123107607 | AVV-0016059-1 |
| 140123107607 | AVV-0016061-7 |
| 270423166428 | AVV-0016200-1 |
| 270423166428 | AVV-0016204-3 |
| 270423166428 | AVV-0016429-6 |
| 270423166428 | AVV-0016479-1 |
| 270423166428 | AVV-0016480-9 |
| 460123134667 | AVV-0016483-3 |
| 460123134667 | AVV-0016547-5 |

**Schedule to Form 8**
**Ct. No. 24-44**

| Protest Number | Entry Number |
|---|---|
| 460123134667 | AVV-0016607-7 |
| 460123134667 | AVV-0016795-0 |
| 460123134667 | AVV-0016796-8 |
| 130323103912 | AVV-0016803-2 |
| 130323103912 | AVV-0016868-5 |
| 130323103912 | AVV-0016871-9 |
| 130323103912 | AVV-0016972-5 |
| 130323103912 | AVV-0017399-0 |
| 460123134668 | AVV-0017400-6 |
| 460123134668 | AVV-0017401-4 |
| 460123134668 | AVV-0017508-6 |
| 460123134668 | AVV-0017514-4 |
| 460123134668 | AVV-0017862-7 |
| 530123109081 | AVV-0017867-6 |
| 530123109081 | AVV-0017980-7 |
| 530123109081 | AVV-0018031-8 |
| 530123109081 | AVV-0018038-3 |
| 530123109081 | AVV-0018054-0 |
| 460123134669 | AVV-0018058-1 |
| 460123134669 | AVV-0018075-5 |
| 460123134669 | AVV-0018088-8 |
| 460123134669 | AVV-0018093-8 |
| 460123134669 | AVV-0018109-2 |
| 140123107608 | AVV-0018158-9 |
| 140123107608 | AVV-0018216-5 |
| 140123107608 | AVV-0018255-3 |
| 140123107608 | AVV-0018257-9 |
| 140123107608 | AVV-0018420-3 |
| 280923110255 | AVV-0018434-4 |
| 280923110255 | AVV-0018448-4 |
| 280923110255 | AVV-0018626-5 |
| 280923110255 | AVV-0018636-4 |
| 280923110255 | AVV-0018637-2 |
| 460123134670 | AVV-0018725-5 |
| 460123134670 | AVV-0018733-9 |
| 460123134670 | AVV-0018756-0 |
| 460123134670 | AVV-0018850-1 |
| 460123134670 | AVV-0018856-8 |
| 270423166439 | AVV-0018857-6 |
| 270423166439 | AVV-0018858-4 |
| 270423166439 | AVV-0018859-2 |
| 270423166439 | AVV-0018883-2 |
| 270423166439 | AVV-0018885-7 |
| 140123107610 | AVV-0019021-8 |
| 140123107610 | AVV-0019024-2 |
| 140123107610 | AVV-0019025-9 |
| 140123107610 | AVV-0019134-9 |
| 140123107610 | AVV-0019340-2 |
| 160123106791 | AVV-0019348-5 |
| 160123106791 | AVV-0019484-8 |
| 160123106791 | AVV-0019541-5 |
| 160123106791 | AVV-0019542-3 |

**Schedule to Form 8**
**Ct. No. 24-44**

| Protest Number | Entry Number |
|---|---|
| 160123106791 | AVV-0019543-1 |
| 280923110256 | AVV-0019627-2 |
| 280923110256 | AVV-0019671-0 |
| 280923110256 | AVV-0019717-1 |
| 280923110256 | AVV-0019725-4 |
| 280923110256 | AVV-0019726-2 |
| 160123106792 | AVV-0020134-6 |
| 160123106792 | AVV-0020188-2 |
| 270423166402 | AVV-0010138-9 |
| 270423166402 | AVV-0010378-1 |
| 270423166402 | AVV-0010455-7 |
| 270423166402 | AVV-0010492-0 |
| 270423166402 | AVV-0010727-9 |
| 270423166403 | AVV-0010728-7 |
| 270423166403 | AVV-0010770-9 |
| 270423166403 | AVV-0010858-2 |
| 270423166403 | AVV-0010931-7 |
| 270423166403 | AVV-0010991-1 |
| 320123100206 | AVV-0013603-9 |